No. 948. CRAWFORD COUNTY LEVEE & DRAINAGE DISTRICT No. 1 *v.* J. R. HUTSON ET AL.   April 21, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Wisconsin denied.   *Mr. Charles E. Buell* and *Mr. Frank W. Lucas* for petitioner.   *Mr. Harry L. Butler* for respondents.

---

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM JANUARY 29, 1924, TO AND INCLUDING APRIL 27, 1924.

No. 457. HENRY E. DEKAY *v.* WILLIAM R. RODMAN, U. S. MARSHAL.   Appeal from the District Court of the United States for the District of Rhode Island.   February 18, 1924.   Dismissed with costs, on motion of counsel for appellant.   *Mr. William L. Wemple* for appellant.   *The Attorney General* for appellee.

---

Nos. 766 and 767. WHITNEY-CENTRAL NATIONAL BANK *v.* THE BANK OF AMERICA.   On petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit.   February 18, 1924.   Petition dismissed, on motion of counsel for petitioner.   *Mr. J. Blanc Monroe* and *Mr. Roberts C. Milling* for petitioner.   *Mr. H. Generes Dufour* and *Mr. Henry Root Stern* for respondent.